# CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Jose Valenzuela**<br>DOB: 2006; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-14184MJ |
| Complaint for a violation of Title 18, United States Code, §§ 113(a)(3), 2 and 1152 | |

On or about August 13, 2025, in the District of Arizona, within the confines of the Tohono O'odham Indian Reservation, Indian Country, **Jose Valenzuela**, did intentionally and knowingly assault A.B. and A.T., both Indians, with a dangerous weapon, to wit: a vehicle, with intent to do bodily harm; in violation of Title 18, United States Code, Sections 113(a)(3), 2 and 1152.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On August 13, 2025, Tohono O'odham Police Department (TOPD) was notified of a hit and run in which two females were struck in the Village of Cockleburr within the confines of the Tohono O'odham Nation Indian reservation (TONIR), a federally recognized Indian Tribe in the United States. Upon arrival by TOPD patrol officers, two males were observed lying in the desert area. These two males appeared to have serious physical injuries which were visible to the patrol officers. TOPD Sergeant Todd Scout informed Federal Bureau of Investigation (FBI) Special Agent Jaxson Wall (SA Wall) of the incident, upon which FBI agents responded to the scene and processed the crime scene. Before the crime scene was processed, the two injured males and one of the injured females were transported to hospitals via Life Flight. The injured males were later identified as M.V. and T.L..

Follow-up witness and victim interviews revealed that two separate groups of individuals were involved in separate altercations/assaults.

The first group included the following individuals: Colton Joaquin, his cousin Clint Joaquin, Jowenn Pete Garcia, females A.B. and A.T., and others. Females A.B. and A.T. are certified and enrolled tribal members.

The second group included the following three individuals: T.L, M.V., and **Jose VALENZUELA**.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Raquel Arellano* (Digitally signed by RAQUEL ARELLANO Date: 2025.11.07 13:04:25 -07'00') | SIGNATURE OF COMPLAINANT<br>**JAXSON WALL** (Digitally signed by JAXSON WALL Date: 2025.11.07 13:14:17 -07'00')<br><br>OFFICIAL TITLE<br>FBI SA Jaxson Wall |
|---|---|

**Sworn by telephone _x_**

| SIGNATURE OF MAGISTRATE JUDGE[1] *(signature)* | DATE<br>November 7, 2025 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

CC: USM (2cc), AUSA, PTS

25-14184MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
Page 2

Per statements made by witnesses at the scene and victim A.T., FBI agents learned of the following: During sometime on the afternoon of Wednesday, August 13, 2025, the first group of people were gathered around the back of their residence when the second group of people began to approach them. The second group approached from the street across from the residence. Once again, the persons in the second group were: T.L, M.V., and **Jose VALENZUELA**.

One of the three individuals in the second group, **Jose VALENZUELA** (whose identity at that time was unknown by interviewed individuals) was driving a vehicle, while the other two males, M.V. and T.L., were on foot. The first group of people then began to approach the second group of males, wherein shortly thereafter a physical altercation started. **Jose VALENZUELA** began to drive the vehicle in the direction of female A.B. and struck her thereby injuring her. **Jose VALENZUELA** then drove away but soon after began to drive towards female A.T, striking her as well. **Jose VALENZUELA** then drove away and did not return. Both female victims were able to get to a nearby relative's residence for help.

Colton Joaquin was later located and interviewed by law-enforcement. In his post-*Miranda* statement to law enforcement, he corroborated information provided by witnesses at the scene about two groups being involved in an altercation.

On a later date, August 26, 2025, FBI SA Jaxson Wall and TOPD Detective Infante interviewed Jowenn Pete Garcia. In a post-*Miranda* statement, Garcia stated that he punched T.L. following the car hitting females A.B and A.T..

FBI SA Wall and Detective Infante conducted an interview of M.V. after he was released from the hospital. M.V. stated the driver of the vehicle on the day of the described incident was his friend "**Jose**," although he was unsure of his last name. M.V. mentioned that he worked at the same company as "**Jose**" over the summer. After SA Wall received records from the company that M.V. described, the names of two individuals were listed in the records. One of those names was **Jose VALENZUELA**. Additionally, SA Wall observed photographs from a camera set up outside of Cockleburr Village. The camera took a photo of a vehicle leaving Cockleburr Village immediately following the alleged assault against females A.B. and A.T. The vehicle depicted in the camera footage matched the description given by witnesses as being a four-door black sedan. The license plate number was visible in the photograph taken of the vehicle and it displayed a license plate number of DCA8R2. After conducting a records check on the license plate number and verifying the registration of the vehicle, **Jose VALENZUELA** was listed as a registered owner.